UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON M. ALLEN,

Plaintiff,

v.

Case No. 2:26-cv-659-KCD-NPM

YESCARE CORPORATION, et al.,

Defendants.

_______________________________/

**ORDER**

Plaintiff Brandon M. Allen filed this civil rights action on February 19, 2026, while a detainee at the Charlotte County Jail in Punta Gorda, Florida. (Doc. 1.) He alleged receiving deficient medical care. (*Id.*) Allen was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(b).

On June 16, 2026, the Court entered an order dismissing the complaint for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) but granting Allen leave to amend within 21 days. (Doc. 4.) The Court mailed a copy of that order to Allen at his address on file at the Charlotte County Jail, but it was returned with a stamp advising he is no longer at the facility. (Doc. 5.) Allen has not filed an amended complaint, nor has he provided the Court with an updated address.

Based on the above, it is **ORDERED:**

1. This case is **DISMISSED** for failure to state a claim on which relief may be granted and for Allen's failure to provide the Court with an updated address.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**ENTERED** in Fort Myers, Florida on October 9, 2026.



Kyle C. Dudek
United States District Judge